LAWRENCE BRODY et al., Respondents, v. ROBERT P. RHOADS et al., Appellants.—

No opinion. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

LILLIAN GARTH, Appellant, v. SAFEWAY STORES, INCORPORATED, et al., Respondents.—

No opinion. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

In the Matter of CARISTO CONSTRUCTION CORP., Respondent, v. MAX J. RUBIN, as President of the Board of Education of the City of New York, et al., Appellants. In the Matter of CARISTO CONSTRUCTION CORP., Respondent, v. MAX J. RUBIN, as President of the Board of Education of the City of New York, et al., Appellants.

In our opinion, there was a substantial factual basis for the making of the subject resolution; hence, the court may not substitute its judgment for that of the Board of Education of the City of New York (*Matter of Diocese of Rochester* v. *Planning Bd.,* 1 N Y 2d 508, 520). Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur. [30 Misc 2d 185.]